IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOEL SNIDER, | : | Case No. 4:15-CV-00951 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA DOC, *et al.*, | : | |
| | : | (Magistrate Judge Schwab) |
| Defendants. | : | |

## ORDER
September 30, 2016

AND NOW, in accordance with the Memorandum of this same date, IT IS HEREBY ORDERED THAT:

1. United States Magistrate Judge Susan E. Schwab's Report and Recommendation (ECF No. 140) is ADOPTED in its entirety.

2. Plaintiff's Motions for Preliminary Injunction (ECF Nos. 111 & 122) and to Respond to the PA DOC's Briefs in Opposition (ECF Nos. 127, 135, & 136) are therefore DENIED.

3. Plaintiff's Motions for Extension of Time to Appeal the September 18, 2015 Order (ECF Nos. 97, 115, & 116) are DENIED.

4. Plaintiff's "Motion to Correct Order on Motion for Miscellaneous Relief" (ECF No. 88), and Plaintiff's Motion for Extension of Time to Object to Magistrate Judge Schwab's Order (ECF No. 102) are DENIED.

5. Plaintiff's "Motion For Relief From Order And Proceeding Regarding "Plaintiff's Motion For Exemption From Seeking Remedies Within The Pennsylvania Department Of Corrections" Under Rule 60(b)(1)" (ECF No. 84) is DENIED.

6. Plaintiff's Motion for Extension of Time to File Objections to Decisions Made by Magistrate Judge Schwab at Status Conference on 12/1/15 (ECF No. 95), Motion for Extension of Time to File Objections to Magistrate Judge Schwab's Decision (ECF No. 99), Motion for Extension of Time to Object To Document #91 (ECF No. 128), and Motion for Extension of Time to Object to Document #92 (ECF No. 129) are GRANTED.

7. Plaintiff's Motion To Object To Magistrate Judge Schwab's Orders of 12/18/15 (ECF No. 141) is DENIED. Plaintiff's Objections to the December 18, 2015 Orders are OVERRULED.

8. Plaintiff's Motion for Extension of Time to Object to the Report and Recommendation of March 7, 2016 (ECF No. 130), and Motion for an Extension of Time to File A Response to PA Doc's Brief in Opposition to Plaintiff's Objections (ECF No. 138) are DENIED.

9. Plaintiff's "Motion to Withdraw Motion to Order the Pennsylvania Department of Corrections to give Plaintiff's Medication as Prescribed" (ECF No. 144) is DENIED.

10. Defendants Union County and Warden Shaffer's Second Motion to Dismiss for Failure to State a Claim (ECF No. 107) is DENIED.

11. PA DOC Defendants' Motion to Strike Plaintiff's Objections to the Order dated May 2, 2016 (ECF No. 148) is GRANTED.

12. PA DOC Defendants' Motion to Strike Objections to the Report and Recommendation of May 3, 2016 (ECF No. 154) is GRANTED, and Plaintiff's Motion for Extension of Time to Object to the Report and Recommendation of May 3, 2016 (ECF No. 147) is DENIED.

13. Plaintiff's Motion for Leave to File a Supplement Complaint (ECF No. 150), and Motion for Leave to File an Amended Complaint (ECF No. 160) are GRANTED.  The Clerk is directed to file the Amended Complaint.  **No further amendments will be granted**.

14. This case is remanded to Magistrate Judge Susan E. Schwab to conduct judicial screening of this Amended Complaint pursuant to 28 U.S.C. § 1915A and 42 U.S.C. § 1997e(a)

15. Remaining Defendants will have **fourteen (14) days** from the issuance of a final Order of this Court concerning Magistrate Judge Schwab's screening decision to file a responsive dispositive motion.

16. The Court will accept no further motions until the Defendants have filed their dispositive motions.  Plaintiff, should he nevertheless feel the need

to file a motion, shall first file a letter on the docket, no more than 3 pages, informing the Court why he should be granted leave to file such motion.

17. The stay on discovery, as set forth in Magistrate Judge Schwab's Order of December 18, 2015, will remain in place until further Order by the Court.

BY THE COURT:

   s/ Matthew W. Brann
Matthew W. Brann
United States District Judge