IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOEL SNIDER** | : **CIVIL ACTION** |
| | : |
| v. | : **NO. 15-951** |
| | : |
| **PENNSYLVANIA DEPT. OF** | : |
| **CORRECTIONS,** *et al.* | : |

# ORDER

**AND NOW**, this 30th day of September 2019, following our January 18, 2019 Order (ECF Doc. No. 246), jurisdiction having returned following our Court of Appeals' Mandate (ECF Doc. No. 291), having considered the Plaintiff's and Defendants' submissions (ECF Doc. Nos. 248, 254 and 264) and for reasons in the accompanying memorandum, it is **ORDERED:**

1. Counsel and parties are required to follow this Court's Policies and Procedures in effect at the time of the anticipated action ("Policies") and Default Order on Electronic Discovery found at www.paed.uscourts.gov;

2. The Clerk of Court shall lift the stay on this matter imposed as a result of the appeal;

3. We decline to impose a guardian *ad litem* or appoint a counsel through a guardian *ad litem* for Plaintiff;

4. We decline to consolidate this case involving conduct dating before 2015 with a case pending at no. 18-801 relating to conduct in 2017 by other persons and thereafter;

5. All served Defendants shall respond to the pending Second Amended Complaint (ECF Doc. No. 237), including briefing the pending Motion to Dismiss (ECF Doc. No. 239) under our Policies, on or before **October 15, 2019;** and,

6. Plaintiff shall respond to Union County's and Warden Shaffer's pending Motion to dismiss (ECF Doc. No. 239) as well as any other Motions to dismiss filed by presently served parties under our Policies with supporting memoranda, no later than **November 12, 2019**.

_____
KEARNEY, J.