# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| JOEL SNIDER | : CIVIL ACTION |
|---|---|
| v. | : NO. 15-951 |
| PENNSYLVANIA DEPT. OF CORRECTIONS, *et al.* | : |

## ORDER

**AND NOW**, this 2nd day of December 2019, upon considering the *pro se* Plaintiff's "First Combined Motion to Make Sept. 30, 2019 Memorandum Order Appealable and for Extension of Time to Submit Petition for Permission to Appeal" (ECF Doc. No. 344), failing to demonstrate exceptional circumstances to justify piecemeal litigation through an interlocutory appeal, and for reasons in the accompanying Memorandum, it is **ORDERED** the *pro se* Plaintiff's Motion (ECF Doc. No. 344) is **DENIED**.

_____
KEARNEY, J.