**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOEL SNIDER** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 15-951** |
| | : | |
| **PENNSYLVANIA DEPT. OF** | : | |
| **CORRECTIONS,** *et al.* | : | |

## ORDER

**AND NOW**, this 8th day of December 2020, upon considering Torrance State Hospital's Motion to dismiss (ECF Doc No. 444), Plaintiff's Response (ECF Doc. No. 468), fulfilling our obligations under 28 U.S.C. § 1915, and for reasons in the accompanying Memorandum, it is **ORDERED** Torrance State Hospital's Motion (ECF Doc No. 444) is **GRANTED** and we further **dismiss** Torrance State Hospital under 28 U.S.C. § 1915.

_____
**KEARNEY, J.**