IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOEL SNIDER** : | **CIVIL ACTION** |
| : | |
| v. : | **NO. 15-951** |
| : | |
| **PENNSYLVANIA DEPT. OF** : | |
| **CORRECTIONS,** *et al.* : | |

## ORDER

**AND NOW**, this 8th day of December 2020, upon considering the Clinton County Defendants'[1] Motion to dismiss (ECF Doc No. 329), with no response, fulfilling our obligations under 28 U.S.C. § 1915, and for reasons in the accompanying Memorandum, it is **ORDERED** the Clinton County Defendants' uncontested Motion (ECF Doc No. 329) is **GRANTED** and we further **dismiss** the Clinton County Correctional Facility, Warden Jacqueline Motter, Deputy Warden Wayne Bechdel, and Corrections Officers Ronald Nolte, Michael Shearer, Joshua Richard, Tyler Walker, and Darby Hughes under 28 U.S.C. § 1915.

_____
**KEARNEY, J.**

---

[1] The Clinton County Defendants are Clinton County Correctional Facility, Warden Jacqueline Motter, Deputy Warden Wayne Bechdel, and Corrections Officers Ronald Nolte, Michael Shearer, Joshua Richard, Tyler Walker, and Darby Hughes.