**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOEL SNIDER** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 15-951** |
| | : | |
| **PENNSYLVANIA DEPT. OF** | : | |
| **CORRECTIONS,** *et al.* | : | |

# ORDER

**AND NOW**, this 8th day of December 2020, upon considering the Motion to dismiss filed by Medical Defendants Jennifer Herrold, Karen Kaskie, Dr. Martinez, Dr. Pushkalai Pillai and Dr. Polmueller (ECF Doc No. 358), Plaintiff's Response (ECF Doc. No. 487), and Medical Defendants' Reply (ECF Doc. No. 491), fulfilling our obligations under 28 U.S.C. § 1915, and for reasons in the accompanying Memorandum, it is **ORDERED** the Motion (ECF Doc No. 358) is **GRANTED** and we further **dismiss** Jennifer Herrold, Karen Kaskie, Dr. Martinez, Dr. Pushkalai Pillai and Dr. Polmueller under 28 U.S.C. § 1915.

_____
**KEARNEY, J.**