**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOEL SNIDER** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 15-951** |
| | : | |
| **PENNSYLVANIA DEPT. OF** | : | |
| **CORRECTIONS,** *et al.* | : | |

# <u>ORDER</u>

**AND NOW**, this 8th day of December 2020, upon considering the Unified Judicial System of Pennsylvania's Motion to dismiss (ECF Doc No. 316), Plaintiff's Response (ECF Doc. No. 456 and as revised at ECF Doc. Nos. 468, 470, 472), and the Unified Judicial System's Reply (ECF Doc. Nos. 460, 461), consistent with our obligations under 28 U.S.C. § 1915, and for reasons in the accompanying Memorandum, it is **ORDERED** the Unified Judicial System of Pennsylvania's Motion (ECF Doc No. 316) is **GRANTED** and we **dismiss** the Unified Judicial System of Pennsylvania.

_____
**KEARNEY, J.**