**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOEL SNIDER** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 15-951 |
| | : | |
| **PENNSYLVANIA DEPT. OF** | : | |
| **CORRECTIONS,** *et al.* | : | |

# **ORDER**

**AND NOW**, this 8th day of December 2020, upon considering Warden Shawn Cooper's Motion to dismiss (ECF Doc No. 370), with no response, fulfilling our obligations under 28 U.S.C. § 1915, and for reasons in the accompanying Memorandum, it is **ORDERED** Warden Shawn Cooper's uncontested Motion (ECF Doc No. 370) is **GRANTED** and we further **dismiss** Warden Shawn Cooper under 28 U.S.C. § 1915.

_____
**KEARNEY, J.**