**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOEL SNIDER | : | CIVIL ACTION |
| | : | |
| v. | : | NO.  15-951 |
| | : | |
| PENNSYLVANIA DEPT. OF | : | |
| CORRECTIONS, *et al.* | : | |

## ORDER

**AND NOW**, this 8th day of December 2020, upon considering Warden Shaffer's and Union County's Motion to dismiss (ECF Doc No. 382), Plaintiff's Response (ECF Doc. No. 458), Warden Shaffer's and Union County's Reply (ECF Doc. No. 474),  fulfilling our obligations under 28 U.S.C. § 1915, and for reasons in the accompanying Memorandum, it is **ORDERED** Warden Shaffer's and Union County's  Motion (ECF Doc No. 382) is **GRANTED** and we further **dismiss** Warden Shaffer and Union County under 28 U.S.C. § 1915.

_____
**KEARNEY, J.**