**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOEL SNIDER** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 15-951** |
| | : | |
| **PENNSYLVANIA DEPT. OF** | : | |
| **CORRECTIONS,** *et al.* | : | |

# **ORDER**

**AND NOW**, this 8th day of December 2020, upon considering the Union County Prison Board's Motion to dismiss (ECF Doc No. 375), Plaintiff's Response (ECF Doc. No. 458), Union County Prison Board's Reply (ECF Doc. No. 474), fulfilling our obligations under 28 U.S.C. § 1915, and for reasons in the accompanying Memorandum, it is **ORDERED** the Union County Prison Board's Motion (ECF Doc No. 375) is **GRANTED** and we further **dismiss** the Union County Prison Board under 28 U.S.C. § 1915.

**KEARNEY, J.**